**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1303**

THOMAS GREEN,

                    Plaintiff – Appellant,

          v.

GWEN T. HYATT,

                    Defendant – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:09-cv-02573-TLW)

Submitted:  June 17, 2010            Decided:  June 25, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Green appeals the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice Green's 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. Hyatt, No. 4:09-cv-02573-TLW (D.S.C. Feb. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED